IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRST VAN EXPEDITED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-04-651-F |
| ) | |
| J.B. HUNT TRANSPORT, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **PRELIMINARY INJUNCTION**

Now, on this 14th day of February, 2006, in accordance with the Memorandum Opinion of even date with this order, and for the reasons set forth in that Memorandum Opinion, the defendant, J. B. Hunt Transport, Inc., and its officers, agents, servants, employees and attorneys, and those persons in active concert with them who receive actual notice of this order ("J. B. Hunt"), are, pending the further order of this court, preliminarily:

**RESTRAINED AND ENJOINED** from directly soliciting, or continuing a direct solicitation of, any driver or driver trainee employed by CRST Van Expedited, Inc. ("CRST"), whom J.B. Hunt knows, or has reasonable cause to believe, is subject to a contractual term of employment with CRST, provided, however, that this injunction does not prohibit J.B. Hunt from soliciting CRST drivers for employment with J.B. Hunt to commence with a date of hire subsequent to the termination of a contractual term of employment with CRST. This injunction does not govern or affect radio or other mass media solicitations or advertisements.

**RESTRAINED AND ENJOINED** from hiring any CRST driver whom J.B. Hunt knows, or has reasonable cause to believe, would be, on the date of

commencement of employment with J. B. Hunt, subject to a contractual term of employment with CRST.

"Contractual term of employment" means a period of employment specified in a written agreement between the driver and CRST.

This preliminary injunction shall become effective upon the posting of security by CRST in the amount of $200,000.00, conditioned as required by Rule 65 (c), Fed. R. Civ. P., in cash or negotiable bonds of the United States, or by way of a corporate surety bond from an approved corporate surety, posted in all respects as required by LCvR 62.2.

DATED February 14, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-0651p035 (pub) .wpd